UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Howard Greer,<br><br>                      Plaintiff,<br>v.<br><br>Diversified Adjustment Service, Inc. ; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 1:18-cv-00091-CCR |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 10, 2018

                                                                         Respectfully submitted,

                                                                         PLAINTIFF, Howard Greer

                                                                         /s/ Sergei Lemberg

                                                                         Sergei Lemberg, Esq. (SL 6331)
                                                                         **LEMBERG LAW, L.L.C.**
                                                                         43 Danbury Road
                                                                         Wilton, CT 06897
                                                                         Telephone: (203) 653-2250
                                                                         Facsimile: (203) 653-3424
                                                                         slemberg@lemberglaw.com
                                                                         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 10, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg