UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Howard Greer, | : |
| | : |
| | : Civil Action No.: 1:18-cv-00091-CCR |
| Plaintiff, | : |
| v. | : |
| | : |
| Diversified Adjustment Service, Inc. ; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and with each party to bear its own costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Howard Greer | Diversified Adjustment Service, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ____/s/ Arthur Sanders_____ |
| Sergei Lemberg, Esq. (SL 6331) | Arthur Sanders |
| LEMBERG LAW, LLC | Barron & Newburger, P.C. |
| 43 Danbury Road, 3rd Floor | 30 South Main Street |
| Wilton, CT 06897 | New City, NY 10956 |
| (203) 653-2250 | (845) 499-2990 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                  Sergei Lemberg